IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AUDENAGO LIMON-LOPEZ, | § | |
| (BOP No. 46104-179) | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:12-CV-469-Y |
| | § | |
| REBECCA TAMEZ,Warden, | § | |
| FCI-Fort Worth, | § | |
|     Respondent. | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Audenago Limon-Lopez,[1] along with the November 6, 2012 findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until November 6 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be dismissed with prejudice as moot.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Audenago Limon-Lopez's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED with prejudice as moot.

SIGNED November 14, 2012.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] Several documents filed in this case list petitioner as Audenago Lopez-Limon, including his petition. He signed the petition as Audenago Limon-Lopez, however, and the judgment in his criminal case identifies his "true name" as Audenago Limon-Lopez.